COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

                                                                              )

                                                                              )

                                                                              )

                                                                              )              No.  08-06-00126-CV

                                                                              )

IN RE: CHARLES JOHN MITSAK                     )     AN ORIGINAL PROCEEDING

                                                                              )

                                                                              )           
IN HABEAS CORPUS

                                                                              )

                                                                              )

                                                                              )

 

 

OPINION
ON PETITION FOR WRIT OF HABEAS CORPUS

 

Relator, Charles John Mitsak, has
filed a habeas corpus petition alleging that he is illegally confined in the El
Paso County Jail.  Based on the petition
and the record presented, we conclude Relator has not
shown he is entitled to the relief requested. 
Accordingly, we deny the petition for writ of habeas corpus.  See Tex.R.App.P. 52.8(a).

 

 

                                                                                 


May
25, 2006

DAVID WELLINGTON
CHEW, Justice

 

Before Barajas, C.J., McClure, and Chew, JJ.